# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENISE FREEMAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ALLENTOWN SCHOOL DISTRICT** | : | **NO.  15-59** |

## ORDER

AND NOW, this 14ᵗʰ day of January, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and her *pro se* complaint, it is ORDERED that:

1.    Leave to proceed *in forma pauperis* is GRANTED.

2.    The complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) in accordance with the Court's memorandum.

3.    The Clerk of Court shall CLOSE this case.

BY THE COURT:

LAWRENCE F. STENGEL, J.